**Motion Granted and Order filed June 30, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00514-CV
_____

**KINGS HIGH RANCH, L.L.C., Appellant**

**V.**

**ULTIMATE KOBE BEEF, L.L.C., ALLISON MAE GODWIN AND BRUCE R. HEMMINGSEN, Appellee**

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-0343**

## ORDER

Appellant filed an unopposed motion to strike volumes 5 and 8 of the reporter's record and replace them with redacted versions of volumes 5 and 8. The motion is granted.

We order volumes 5 and 8 of the reporter's record stricken.[1] The court reporter, Delicia Struss, is ordered to file redacted versions of volumes 5 and 8 within thirty days of the date of this order.


PER CURIAM

---

[1] The volumes were originally filed in appeal number 14-14-01014-CV. The reporter's record was transferred to this appeal in accordance with our order of June 18, 2015.